United States District Court
Southern District of Texas

**ENTERED**
January 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER JELKS,<br>     Plaintiff, | §<br>§<br>§<br>§ | CIVIL ACTION NUMBER<br>4:25-cv-03123 |
| versus | §<br>§<br>§ | JUDGE CHARLES ESKRIDGE |
| LAKEVIEW LOAN<br>SERVICING, LLC and<br>LOANCARE, LLC,<br>     Defendants. | §<br>§<br>§<br>§ | |

ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION

Plaintiff Jennifer Jelks proceeds here *pro se*. She sues Defendants Lakeview Loan Servicing, LLC, and Loancare, LLC, to prevent foreclosure. Dkt 1-4 at ¶¶4–12 (petition). Defendants removed and filed a motion for judgment on the pleadings. See Dkts 1 (notice of removal) & 4 (motion).

The matter was referred for disposition to Magistrate Judge Richard Bennett. Dkt 3. He issued a Memorandum and Recommendation recommending that Plaintiff's claims be dismissed with prejudice unless she filed a motion seeking leave to amend her complaint by December 30, 2025. Dkt 13 at 10–11. Plaintiff didn't file such a motion.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing

*Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc*); see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 13.

The motion by Defendants Lakeview Loan Servicing, LLC, and Loancare, LLC, for judgment on the pleadings is GRANTED. Dkt 4.

The claims by Plaintiff Jennifer Jelks are DISMISSED WITH PREJUDICE.

This is a FINAL JUDGMENT.

SO ORDERED.

Signed on  January 22, 2026 , at Houston, Texas.

_____
Honorable Charles Eskridge
United States District Judge

2